IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

EVETTE BETTY OSUEGBU,

 Defendant.

Case No. 3:23-CR-30138-NJR-1

## ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court on Defendant Evette Betty Osuegbu's motion to appoint counsel to help her file (1) a petition for habeas corpus pursuant to 28 U.S.C. § 2241, and (2) a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 239). Each proposed filing would initiate new civil litigation, and civil litigants do not have a constitutional or statutory right to counsel. *Pruitt v. Mote*, 503 F.3d 647, 649 (7th Cir. 2007); *Zarnes v. Rhodes*, 64 F.3d 285, 288 (7th Cir. 1995). Under 28 U.S.C. § 1915(e)(1), however, this Court has discretion to recruit counsel to represent indigents in appropriate cases. *Johnson v. Doughty*, 433 F.3d 1001, 1006 (7th Cir. 2006).

When presented with a request to appoint counsel, the Court must make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or effectively been precluded from doing so, and (2) given the difficulty of the case, does the plaintiff appear competent to litigate it herself. *See Pruitt*, 503 F.3d at 654-55. Osuegbu provides no indication that she has made a reasonable attempt to obtain counsel, nor has she shown that she was effectively precluded from making such an

Page 1 of 2

effort. Given the cogency with which Osuegbu's motion was written and the early stage of her proposed proceedings, the Court declines to appoint counsel at this time.

Osuegbu also requests a waiver of filing fees. (Doc. 239). This request is premature, as she has not yet filed any actions for which filing fees could be assessed. However, the Court notes that there is no filing fee for a motion under § 2255. If Osuegbu chooses to file a petition for the writ of habeas corpus under § 2241, she may move for leave to proceed without prepaying costs or fees.

Finally, Osuegbu requests copies of the appropriate forms. The Court grants this request.

For these reasons, Osuegbu's motion to appoint counsel (Doc. 239) is **DENIED without prejudice**. The Clerk of Court is **DIRECTED** to mail Osuegbu the following forms:

- Motion Under 28 U.S.C § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (one copy);
- Petition Under 28 U.S.C § 2241 for Relief from a Conviction or Sentence by a Person in Federal Custody (one copy);
- Motion for Recruitment of Counsel (two copies); and
- Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs (motion to proceed in forma pauperis) (one copy).

**IT IS SO ORDERED.**

**DATED:   March 25, 2026**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**